# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON REHEARING

## NO. 03-20-00169-CV

**Patricia Mihal, Appellant**

**v.**

**Geico Advantage Insurance Company, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-003830, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On July 15, 2021, this Court issued a memorandum opinion and rendered judgment in this appeal reversing in part the trial court's judgment and remanding the issue of attorney's fees. The parties have since filed an agreed motion to dismiss this appeal stating that they have settled the underlying dispute and requesting that we issue the mandate early. *See* Tex. R. App. P. 18.1(c) (allowing mandate to issue early "if the parties so agree"). We, accordingly, withdraw our July 15, 2021 judgment, grant the agreed motion, and dismiss the appeal. *See id.* R. 42.1(a).

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Kelly

Dismissed on Agreed Motion on Rehearing

Filed:   September 3, 2021